86 A.3d 229

**David LEHRMAN, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Feb. 18, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of February 2014, the Order of the Commonwealth Court is **AFFIRMED.**